1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| FARSTONE TECHNOLOGY, INC., <br>             Plaintiff, <br>    v. <br> APPLE INC., <br>             Defendant. <br> APPLE INC., <br>             Counterclaimant, <br>    v. <br> FARSTONE TECHNOLOGY, INC., <br>             Counterdefendant. | Case No. 8:13-cv-01537-ODW (JEMx) <br><br> **ORDER TO SHOW CAUSE RE: FINAL JUDGMENT FOR CLAIMS 8 AND 14 [193]** |

After GRANTING the Proposed Stipulated Judgment and Dismissal of Claims 1–7 and 9–13 of U.S. Patent No. 7,120,835 (the "835 Patent") as invalid for indefiniteness under 35 U.S.C. § 112, ¶ 2 (ECF No. 193), the **Court asks parties to clarify as to Claims 8 and 14**, which were also found to be invalid for indefiniteness in this Court's Supplemental Claim Construction Order (ECF No. 192).

Parties have until October 29, 2015 to inform the Court as to what actions, if any, will be taken concerning these two outstanding claims.

**IT IS SO ORDERED.**

October 19, 2015

_____
                    **OTIS D. WRIGHT, II**
             **UNITED STATES DISTRICT JUDGE**