**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| FARSTONE TECHNOLOGY, INC., <br><br>            Plaintiff, <br><br>      v. <br><br> APPLE INC., <br><br>            Defendant. <br> APPLE INC., <br><br>            Counterclaimant, <br><br>      v. <br><br> FARSTONE TECHNOLOGY, INC., <br><br>            Counterdefendant. | Case No. 8:13-cv-01537-ODW (JEMx) <br><br> **FINAL JUDGMENT AND DISMISSAL WITHOUT PREJUDICE OF APPLE COUNTERCLAIMS AND DEFENSES** |

/ / /
/ / /
/ / /

Pursuant to the Court's Supplemental Claim Construction Order (ECF No. 192) finding claims 1–14 of U.S. Patent No. 7,120,835 (the "'835 patent") as invalid for indefiniteness under 35 U.S.C. § 112, ¶ 2, and the parties stipulation, the Court **ENTERS FINAL JUDGMENT** of indefiniteness as to all asserted claims (1–7 and 9–13 of the '835 Patent) under § 112, ¶ 2. The Court also **DISMISSES** without prejudice Apple's defenses and counterclaims.

This is a final, appealable judgment.

**IT IS SO ORDERED.**

November 10, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**